14 So.2d 913

**Joe JAMES v. STATE.**

**8 Div. 353.**

Court of Appeals of Alabama.
June 30, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

15 So.2d 923

**W. S. JEFFCOAT, alias, v. STATE.**

**4 Div. 793.**

Court of Appeals of Alabama.
Nov. 9, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed, motion of appellant.

15 So.2d 923

**Andrew JOHNSON v. STATE.**

**4 Div. 808.**

Court of Appeals of Alabama.
Nov. 9, 1943.

J. Hubert Farmer, of Dothan, for appellant.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

18 So.2d 117

**Helen JOHNSON v. STATE.**

**8 Div. 378.**

Court of Appeals of Alabama.
Feb. 22, 1944.

H. T. Foster, of Scottsboro, for appellant.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

18 So.2d 881

**Curley (alias Curlie) JONES v. STATE.**

**4 Div. 843.**

Court of Appeals of Alabama.
June 6, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

11 So.2d 880

**Earnie JONES v. STATE.**

**5 Div. 160.**

Court of Appeals of Alabama.
Jan. 12, 1943.

Wm. N. McQueen, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.